1   CHARLES A. REID (State Bar No. 221306)
    JOHN J. POWERS (State Bar No. 145623)
2   CHERYL A. JORGENSEN (State Bar No. 224323)
    DRINKER BIDDLE & REATH LLP
3   50 Fremont Street, 20th Floor
    San Francisco, CA 94105-2235
4   Telephone: (415) 591-7500
    Facsimile: (415) 591-7510
5   E-mail: charles.reid@dbr.com
            jjpowers@dbr.com
6           cheryl.jorgensen@dbr.com

7   *Of Counsel:*
    JAMES M. ALTIERI
8   WILLIAM T. CORBETT, JR.
    ROBERT M. VINCI
9   DRINKER BIDDLE & REATH LLP
    500 Campus Drive
10  Florham Park, New Jersey 07932-1047
    Telephone: (973) 360-1100
11  Facsimile: (973) 360-9831
    E-mail: james.altieri@dbr.com
12          william.corbett@dbr.com
            robert.vinci@dbr.com
13

14  Attorneys for Plaintiff
    TRAVELERS CASUALTY AND SURETY COMPANY
15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

| 18 | TRAVELERS CASUALTY AND SURETY COMPANY, | Case No. 05-0915 SBA |
|---|---|---|
| 19 | | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 20 | Plaintiff, | |
| 21 | v. | **ADR CERTIFICATION** |
| 22 | THE ROMAN CATHOLIC BISHOP OF OAKLAND, A CORPORATION SOLE, | |
| 23 | Defendant. | |

26  The parties stipulate to participate in the following ADR process:

27  **Court Processes:**

28      • Arbitration        • ENE        • Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

- Private ADR

At this time, the parties are already engaged in mediation relative to the numerous underlying actions with the Honorable David Hunter of the Alameda County Superior Court.

DRINKER BIDDLE & REATH LLP

Dated: June 20, 2005         /s/ Charles A. Reid, III
                             Charles A. Reid, III
                             Attorneys for Plaintiff
                             TRAVELERS CASUALTY AND SURETY
                             COMPANY

FOLEY & LARDNER LLP

Dated: June 20, 2005         /s/ Robert C. Leventhal
                             Robert C. Leventhal
                             Attorneys for Defendant
                             THE ROMAN CATHOLIC BISHOP OF
                             OAKLAND, A CORPORATION SOLE

**IT IS SO ORDERED:**

Dated: 7/1/05                s/Saundra Brown Armstrong
                             Saundra B. Armstrong
                             UNITED STATES DISTRICT JUDGE

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she had read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: June 20, 2005             /s/ Michael Eisele
                                 Michael Eisele on behalf of Plaintiff
                                 TRAVELERS CASUALTY AND SURETY
                                 COMPANY


                                 DRINKER BIDDLE & REATH, LLP

Dated: June 20, 2005             /s/ Charles A. Reid, III
                                 Charles A. Reid, III
                                 Attorneys for Plaintiff
                                 TRAVELERS CASUALTY AND SURETY
                                 COMPANY

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she had read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated:  June 20, 2005            /s/ Michael Canizzaro
                                 Michael Canizzaro on behalf of Defendant
                                 THE ROMAN CATHOLIC BISHOP OF OAKLAND,
                                 A CORPORATION SOLE



                                 FOLEY & LARDNER LLP

Dated: June 20, 2005             /s/ Robert C. Leventhal
                                 Robert C. Leventhal
                                 Attorneys for Defendant
                                 THE ROMAN CATHOLIC BISHOP OF OAKLAND,
                                 A CORPORATION SOLE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\360053\1

4

STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION            CASE NO. 05-0915 SBA