**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
2029 CENTURY PARK EAST, SUITE 3500
LOS ANGELES, CA 90067-3021
TELEPHONE: 310.277.2223
FACSIMILE: 310.557.8475

STEPHEN A. MCFEELY, BAR NO. 054099
ROBERT C. LEVENTHAL, BAR NO. 119969
JOSE-MANUEL A. DE CASTRO, BAR NO. 213769
ATTORNEYS FOR DEFENDANT, THE ROMAN CATHOLIC
BISHOP OF OAKLAND, A CORPORATION SOLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travelers Casualty and Surety Company, <br><br> Plaintiff, <br><br> v. <br><br> The Roman Catholic Bishop of Oakland, a Corporation Sole, <br><br> Defendant. | Case No. C 05 0915 BZ <br><br> **STIPULATION AND ORDER TO STAY ACTION** |

Plaintiff, TRAVELERS CASUALTY AND SURETY COMPANY ("TRAVELERS") and defendant THE ROMAN CATHOLIC BISHOP OF OAKLAND, a Corporation Sole ("the DIOCESE") (collectively "the parties") by and through their attorneys of record identified below hereby enter into the following Stipulation to Stay Action:

WHEREAS, there are multiple related, pending actions filed by individuals against the DIOCESE;

WHEREAS, since at least February 2005, under the oversight of Judge Ronald Sabraw with the Alameda Superior

1  Court, these cases against the DIOCESE have been the
2  subject of extensive settlement negotiations;
3      WHEREAS, as part of an ongoing mediation process, Judge
4  David Hunter of the Alameda Superior Court has been and is
5  actively meeting with the parties in the underlying cases
6  in an effort to resolve those cases;
7      WHEREAS, if the underlying suits settle, this
8  litigation may prove unnecessary; and
9      WHEREAS, staying this action for three months will give
10 the underlying actions a reasonable amount of additional
11 time to settle, after which time this case can proceed, if
12 necessary.
13     NOW, THEREFORE, IT IS HEREBY AGREED, STIPULATED AND
14 ORDERED THAT:
15     1.  All proceedings in this action shall be stayed
16 until October 13, 2005.  All previously set dates shall be
17 taken off calendar, including the case management
18 conference scheduled for July 13, 2005.
19     2.  The parties' last day to serve their initial
20 disclosures pursuant to Rule 26(a)(1) and to file and serve
21 their discovery plan pursuant to Rule 26(f) shall be
22 **October 31, 2005**.
23     3.  A case management conference shall be held on
24 <u>Wednesday,</u> November <u>9, 2005</u> <u>at 3:00 p.m.</u>  The parties shall
25 meet and confer prior to the conference and shall prepare a
26 a joint Case Management Conference Statement which shall be
27 filed no later than ten (10) days prior to the Case
28 Management Conference. Plaintiff shall be responsible for

2

1  filing the statement as well as for arranging the conference
2  call.  All parties shall be on the line and shall call (510)
3  637-3559 at the above indicated date and time.
4
5  Dated:  July 8, 2005                DRINKER, BIDDLE & REATH LLP
6
7                                      By: /s/ Charles A. Reid
8                                          CHARLES A. REID
                                            Attorneys for Plaintiff,
9                                           Travelers Casualty and
                                            Surety Company
10
11 Dated:  July 8, 2005                FOLEY & LARDNER LLP
                                       Stephen A. McFeely
12                                     Robert C. Leventhal
                                       Jose-Manuel A. de Castro
13
14
15                                     By: /s/ Robert C. Leventhal
                                           Robert C. Leventhal
16                                         Attorneys for Defendant,
                                           The Roman Catholic Bishop
17                                         of Oakland, a Corporation
                                           Sole
18
19                          **CERTIFICATION**
20     I attest that Charles A. Reid concurs in the filing of
21 this Amended Stipulation and [Proposed] Order to Stay
22 Action.
23
24
25 IT IS SO ORDERED.
26
   DATED: 7-12-05                      /s/ Saundra Brown Armstrong
27                                     THE HON. SAUNDRA BROWN ARMSTRONG
28

                                    3
                                              STIPULATION AND [PROPOSED] ORDER TO
015.696902.1                                                          STAY ACTION