CHARLES A. REID, III (State Bar No. 221306)
JOHN J. POWERS (STATE BAR NO. 145623)
CHERYL A. SABNIS (State Bar No. 224323)
DRINKER BIDDLE & REATH LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Of Counsel:*
JAMES M. ALTIERI
WILLIAM T. CORBETT, JR.
ROBERT M. VINCI
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey  07932-1047
Telephone: (973) 360-1100
Facsimile: (973) 360-9831
E-mail: james.altieri@dbr.com
         william.corbett@dbr.com
         robert.vinci@dbr.com

Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND, A CORPORATION SOLE,<br><br>    Defendant. | Case No. 05-0915 SBA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P., Rule 41(a)(1)] |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\386385\1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
CIVIL ACTION NO. 05-0915 SBA

1  IT IS HEREBY STIPULATED by and between plaintiff TRAVELERS
2  CASUALTY AND SURETY COMPANY and defendant THE ROMAN CATHOLIC BISHOP
3  OF OAKLAND, A CORPORATION SOLE through their respective counsel that the above-
4  captioned matter shall be and is hereby dismissed *without prejudice* pursuant to Rule
5  41(a)(1). Each party shall bear its own costs and attorneys' fees in connection with the
6  above-captioned matter.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: December 8, 2005                DRINKER BIDDLE & REATH LLP

                                        /s/ Cheryl A. Sabnis
                                        CHERYL A. SABNIS

                                        Attorneys for Plaintiff
                                        TRAVELERS CASUALTY AND
                                        SURETY COMPANY

Dated: December 8, 2005                FOLEY & LARDNER, LLP

                                        /s/ Robert C. Leventhal
                                        ROBERT C. LEVENTHAL

                                        Attorneys for Defendant
                                        THE ROMAN CATHOLIC BISHOP OF
                                        OAKLAND, A CORPORATION SOLE

**CERTIFICATION**

Plaintiff attests that Robert C. Leventhal concurs in the filing of this Stipulation and [Proposed] Order of Dismissal Without Prejudice.

Dated: December 8, 2005                DRINKER BIDDLE & REATH LLP

                                        /s/ Cheryl A. Sabnis
                                        CHERYL A. SABNIS

                                        Attorneys for Plaintiff
                                        TRAVELERS CASUALTY AND
                                        SURETY COMPANY

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\365857\1

2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
CIVIL ACTION NO. 05-0915 SBA

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the above-
2  captioned action is hereby dismissed *without prejudice* pursuant to Rule 41(a)(1).  Each
3  party shall bear its own costs and attorneys' fees in connection with the above-captioned
4  matter.

5

6

7  Dated: 12/7/05                    _____/s/ Saundra B. Armstrong_____
8                                     Saundra B. Armstrong
                                      UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\365857\1

3
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
CIVIL ACTION NO. 05-0915 SBA